THE BARROW STEAMSHIP COMPANY (Limited), Respondent, *v.* MEXICAN CENTRAL RAILWAY COMPANY (Limited), Appellant.

(Argued November 1, 1895; decided November 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 5, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also an order denying a motion for a new trial.

*Charles B. Alexander* for appellant.

*Esek Cowen* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

SEABOARD NATIONAL BANK, Respondent, *v.* HENRY G. BURLEIGH et al., Appellants.

Reported below, 74 Hun, 400.
(Argued November 1, 1895; decided November 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 15, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court, and also affirmed an order denying defendants' motion for a new trial.

*Chester B. McLaughlin* for appellants.

*Herman Aaron* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.